Townsend, Cayce T507975
Name and Prisoner/Booking Number

4th Ave Jail 3 B 233
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

CAYCE JOE TOWNSEND,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) OFFICER McGUIRE #9856,
(Full Name of Defendant)

(2) OFFICER SMITH #9863,

(3) SGT. HAMMOND # 7725,

(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. __**CV-19-05341-PHX-SMB--CDB**__
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

"Demand for Jury Trial"

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2.   Institution/city where violation occurred: Phoenix, Arizona

Revised 6/05/17

**550/555**

## B.   DEFENDANTS

1.   Name of first Defendant: MCGUIRE #9856 _____. The first Defendant is employed
as: Officer MCGUIRE _____ at _ PHOENIX POLICE DEPARTMENT
                (Position and Title)                              (Institution)

2.   Name of second Defendant: SMITH 9863 _____. The second Defendant is employed as:
as: _ Officer SMITH _____ at PHOENIX POLICE DEPARTMENT
                (Position and Title)                              (Institution)

3.   Name of third Defendant: HAMMOND 7725 _____. The third Defendant is employed
as: SERGEANT HAMMOND/OFFICER at PHOENIX POLICE DEPARTMENT.
                (Position and Title)                              (Institution)

4.   Name of fourth Defendant:_____. The fourth Defendant is employed
as:_____ at _____
                (Position and Title)                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.   PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☒ No

2.   If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a.   First prior lawsuit:
      1.   Parties:_____v. _____
      2.   Court and case number:_____
      3.   Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?)_____
         _____

   b.   Second prior lawsuit:
      1.   Parties:_____v. _____
      2.   Court and case number:_____
      3.   Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?)_____
         _____

   c.   Third prior lawsuit:
      1.   Parties:_____v. _____
      2.   Court and case number:_____
      3.   Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?)_____
         _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D.   CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: AMENDMENT I/III of THE UNITED STATES CONSTITUTION

2. **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

   ☐ Basic necessities          ☐ Mail              ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion    ☐ Retaliation
   ☒ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   on 11/23/2018 at 10:41 officer McGUIRE #9856 (Phoenix Police Department(0723) used Excessive force by Tazing me in the Back, the prongs striking me in the palm of my left hand and left to center of my Back. McGUIRE #9856 Later said under Oath at a Bond Reduction Hearing that "If I wouldent have Tazed him, My partner (Smith #9863 Phoenix Police Department 0723) was Going to shoot him". McGUIRE #9856 Later stated under Oath at the Same Bond Reduction hearing, after Cross examination by my Attorney McGUIRE #9856 admitts to losing his Composure going as far as to saying he was "Pissed off". Please Note that I will amend this Complaint and attatch all Pheret Relivent Cort Transcips after I am issued a Pro-se Case No. and obtain said Discovery. Said Transcips not only Support facs of unnessicary & excessile force but also threat of unnessicary Lethal force is self Addmited, under Oath, Please Note that officer McGUIRE #9856 Documents his own Manipulation of incident Facts by submiting three variations of the Same incident, under incident Number 20180000207722/Incident Number ——20180000206505/and 20180000204 5435. ALL Blatonly Submitted with CR2018-157084-001

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

   As a Result of the Tazer a Healthy Molar was cracked in half, My Head was the first part of my body that contacted the Ground. scrapes Cuts, bleeding from where the prangs struck me, and Due to the Tramatic Nature of the incident phsycological Damage has been sustained.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☐ Yes  ☒ No

   b. Did you submit a request for administrative relief on Count I?          ☐ Yes  ☒ No

   c. Did you appeal your request for relief on Count I to the highest level?          ☐ Yes  ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  This incident did not take place at a institution, Also after I Filed a Notice of Claim the City of Phoenix failed to propose administrative remidies.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: U.S.C.A Const. Amend. XIV

2. **Count II.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☑ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON 11/24/2018 at Cactus Precint under the direct Supervison of SGT.Hammond I was repeatedly and deliberly assaulted. The second time I was pulled out of my holding tank, After a 30 second jumping. SGT Hammond participated as a R.I.P yes restraint was deliberaly improperly placed around my neck. Then I was essentually hog tied and Handcuffed to the holding tank bench. SGT Hammond fully aware that I was struggling to breathe I looked through the window of the cell multiple times before finaly ordering his men to pull me out and remove the rip restraint from around my neck. Said officers Not missing the opertunity to jump on me fol the third time. Please note that as soon as I'm granted a Phase Case number I will attatch any video/Audio from Cactus Precint as soon as the discovery is Available. when I was Booked at 4th Ave Jail on 11/24/2018 officer MGUIRE Mannaged to further this deliberate assault by somehow Circumventing a Booking Photo ever being taken. As I'm sure the swelling and brusing of my face and neck was evident. Officer MGUIRE Also left me in the rip restraints and forced me to hopp 50 yards basicly hog tied from the patrol car to Intake. when I obtain said footage from MCSO I will attatch or incelt. As a matter of fact their still has not been a booking taken of me to this date. 9/17/2019.                    (photo)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Brusing on my face, Neck, ribs and legs. Severe Brusing and lacerations on my wrists due to handcuffs Not being double locked. My Jaw was badly hurt. Due to the tramatic Nature of the incident physological damage has been sustaind.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☑ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. MCSO Is only at fault for Allowing its medical/Booking staff to be Manipulated by a Corrupt Phoenix P.D. Officer who Nelded to Circumvent Policy to ensure their was No evidence of the "Assault. Filing a Institutional Grievence would solve Nothing at this Point in my opinion.

# COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
    _____

2.  **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
    ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
    ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____
    _____

5.  **Administrative Remedies.**
    a. Are there any administrative remedies (grievance procedures or administrative appeals) available at
       your institution?     ☐ Yes    ☐ No
    b. Did you submit a request for administrative relief on Count III?     ☐ Yes    ☐ No
    c. Did you appeal your request for relief on Count III to the highest level?     ☐ Yes    ☐ No
    d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
       did not. _____
       _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

I humbly ask the Court for a Federal Restraining Order, Invoked by Me against Phoenix Police Department. I ask for tangible Protection against Future Acts of unwarrented Violence, threat of lethal force and future Retaliation from the resulting trials sanctions and Lawsuits. Furthermore I seek Monitary relief $3,000.00 for each Count of personal injury, restitution for Incurred Legal fees and if a Federal Restraining Order proves Impossible to obtain, I ask the Court to reach a Judgment as to what cost would facilitate me being Relocated outside of P.H.X. P.D Jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/24/2019
                DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **October 2, 2019** _____

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____


*a. Callaghan* _____        **B3853**
Legal Support Specialist Signature                S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

10/17/16